# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2016

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Santiago-Morales, David | Docket No. | 0980 2:16CR00036-003 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant David Santiago-Morales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 27th day of May, 2016, under the following conditions:

**Condition #12:** Defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether defendant has been prescribed a medical marijuana card.

**Condition #18:** Defendant shall submit to any method of testing required by the United States Pretrial Service Office for determining whether the Defendant is using a prohibited controlled substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, and remote alcohol testing systems.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Using controlled substance, cocaine and opiates, on or about July 13, 2016.

**Violation #2:** Failing to attend urinalysis testing on July 7, 2016.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    July 27, 2016

by    s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other

Defendant to appear for an initial appearance in Richland before the assigned Magistrate Judge.

*m.k.Dimke*

Signature of Judicial Officer

7/28/2016

Date