✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2016

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Santiago-Morales, David | Docket No. | 0980 2:16CR00036-003 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant David Santiago-Morales, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 27th day of May,  2016, under the following conditions:

**Condition #17:** Defendant shall complete treatment indicated by an evaluation or recommended by the United States Pretrial Services Office and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the Unites States Pretrial Services Office determines otherwise. If Defendant fails in any way to comply or cooperate with the requirements and rules of a treatment program, Pretrial Services shall notify the Court and the United States Marshall, who will be directed to immediately arrest the Defendant.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant attended an substance abuse intake appointment on July 26, 2016, at First Step Community Counseling Services, and was recommended to begin Intensive Outpatient treatment services on August 1, 2016. The defendant has not attended his scheduled treatment sessions since August 3, 2016. He is considered to be in non-compliance with his treatment requirements.

### PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:      August 19, 2016

by      s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

["